IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**KATIE BLANKENSHIP,**

**Plaintiff,**

**v.**

**HIBBETT SPORTING GOODS, INC.,**

**Defendant.**                                    **No. 07-CV-648-DRH**

## ORDER OF DISMISSAL

**HERNDON, Chief Judge:**

This Order hereby **ACKNOWLEDGES** the Parties' Stipulation of Dismissal With Prejudice (Doc. 19), filed pursuant to **FEDERAL RULE OF CIVIL PROCEDURE 41**, and hereby **DISMISSES WITH PREJUDICE** all of Plaintiff's claims against Defendant in this case, with each party to bear their own costs and expenses.

**IT IS SO ORDERED.**

Signed this 25th day of July, 2008.

/s/    David R Herndon
**Chief Judge
United States District Court**